UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-80023-CR-MARTINEZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

DONALD PETERSON,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon a Report and Recommendation on a final hearing alleging six violations of supervised release.

**THE MATTER** was heard by United States Magistrate Judge Bruce E. Reinhart, on June 24, 2019. A Report and Recommendation was filed on June 24, 2019 [ECF No. 88], recommending that this Court find the Defendant guilty of violations 4, 5, 6 of the Second Superseding Petition of his supervised release as set forth in the Petition. The Government (with the concurrence of the U.S. Probation Officer) moved to dismiss violations 1, 2, and 3. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 88] on Defendant's final hearing to the violations as set forth in the Second Superseding Petition alleging Violations of Supervised Release of the United States Magistrate Judge Bruce E. Reinhart, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his

supervision and adjudicates him guilty in respect to violation numbers 4, 5, and 6 as set forth in the Second Superseding Petition for Offender Under Supervision.

DONE AND ORDERED in Chambers at Miami, Florida, this __9__ day of July, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Reinhart
All Counsel of Record
U.S. Probation Office