UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 03-80023-Cr-Martinez

UNITED STATES OF AMERICA,

v.

DONALD PETERSON,

    Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, DONALD PETERSON, appeared before the Court, represented by counsel, on July 25, 2019, for a hearing on alleged violations of supervised release. Defendant was originally convicted in the Southern District of Florida for possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). On October 8, 2003, Defendant was sentenced to 180 months in prison, to be followed by four years of supervised release. Defendant was also ordered to pay a $100 special assessment fee and comply with Court-ordered special conditions while on supervision.

Defendant began his term of supervised release on March 31, 2016. On February 13, 2019, the U.S. Probation Office filed a Petition alleging four violations of the Defendant's terms of supervision [DE 70]. On March 14, 2019, the U.S. Probation Office filed a Superseding Petition [DE 76], which added a fifth alleged violation. On May 9, 2019, the U.S. Probation Office filed a Second Superseding Petition [DE 81], which added a sixth alleged violation. Finally, On July 9, 2019, the U.S. Probation Office filed a Third Superseding Petition [DE 89], which added four alleged violations, bringing the total alleged violations to 10.

1

On June 24, 2019, before the Third Superseding Petition was filed, Defendant appeared before U.S. Magistrate Judge Bruce E. Reinhart [DE 81]. At the time, Defendant stood formally charged only with the six violations alleged in the Second Superseding Petition because the proposed third superseding petition was pending review and action by the presiding U.S. District Judge, who was out of the district at the time. Accordingly, after hearing from all counsel and Defendant, Judge Reinhart issued a Report [DE 88] recommending that (1) the Court dismiss Violations 1-3 of the Second Superseding Petition as jointly proposed by the parties; (2) Defendant be found to have violated his supervised release as alleged in Violations 4-6 of the Second Superseding Petition (*i.e.* associating with a person engaged in criminal activity (Crista Majors), and unlawfully possessing cocaine based on two separate confirmed positive urine specimens); and (3) conduct any proceedings on proposed violations 7-10 of the proposed third superseding petition, if filed, at the time of sentencing. Judge Reinhart made clear that Defendant intended to admit to proposed violations 7-10. On July 10, 2019, the Report was adopted in full [DE 90]. On July 9, 2019, the Third Superseding Petition was officially filed [DE 89] and Defendant appeared to answer to the newly-added Violations 7, 8, 9, and 10, which allege that Defendant unlawfully possessed or used cocaine based on confirmed positive urine specimens from three separate dates in June 2019 (Violations 7-9) and failed to notify U.S. Probation of his change in residence as required (Violation 10).

At the hearing, Defendant freely, knowingly, and voluntarily admitted to these four newly-added violations—Violations 7, 8, 9, and 10—as charged and stated his wish to proceed to sentencing as soon as possible.

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept Defendant's admissions and find him guilty of committing Violations 7, 8, 9, and 10 as charged in the Third Superseding Petition [DE 89]. The Court further **RECOMMENDS** that this matter be set down for sentencing on Violations 4-10 of the Third Superseding Petition before U.S. District Judge Jose E. Martinez.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Jose E. Martinez within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) *cert. denied*, 460 U.S. 1087 (1983).

**DONE AND RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of July, 2019.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE